## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | :: | |
| | :: | |
| AUTISM SOCIETY OF AMERICA, INC., | :: | |
| | :: | |
| Plaintiff | :: | |
| | :: | |
| | :: | |
| v. | :: | |
| | :: | |
| AUTISM SOCIETY OF DELAWARE, | :: | |
| Lisa Albany, Karen Bashow, Yolanda | :: | Case No. _____ |
| Flanigan, Robert Gilsdorf, Michael Graci, | :: | |
| John Hupp, Artie Kempner, Marcy | :: | |
| Kempner, Deborah Markwood, Patrick | :: | |
| Murphy and Barry Sipple | :: | |
| | :: | |
| Defendants | | |

### COMPLAINT AND JURY DEMAND

The Autism Society of America, Inc. ("Plaintiff" or "Autism Society of America"), by its undersigned attorneys, files this Complaint against the Autism Society of Delaware ("Defendant" or "ASD") alleging the following:

### The Parties

1.      The Autism Society of America is a District of Columbia not for profit corporation having an office at 7910 Woodmont Avenue, Bethesda, MD 20817. It also operates through a network of chapters throughout the United States.

2.      Defendant Autism Society of Delaware is, upon information and belief, a Delaware not for profit corporation having an office at 5572 Kirkwood Highway, Wilmington, DE 19808.

3.     Defendant Lisa Albany is, upon information and belief, a U.S. citizen residing at 7 Crown Ct,  Wilmington, DE 19810.

4.     Defendant Karen Bashow is, upon information and belief, a U.S. citizen residing at 154 North Hunter Forge Road, Newark, DE 19713-1112.

5.     Defendant Yolanda Flanigan is, upon information and belief, a U.S. citizen residing at 155 West Chestnut Ridge Drive, Magnolia, DE 19962-1674.

6.     Defendant Robert Gilsdorf is, upon information and belief, a U.S. citizen residing at 8 Wheatland Circle, Middletown, DE 19709-9015.

7.     Defendant Michael Graci is, upon information and belief, a U.S. citizen residing at 6 Rita Court, Newark, DE 19702-8618.

8.     Defendant John Hupp is, upon information and belief, a U.S. citizen residing at 10 Deer Path Lane, Newark, DE 19711-4393.

9.     Defendants Artie Kempner and Marcy Kempner are, upon information and belief, U.S. citizens residing at 118 Rockland Circle, Wilmington, DE 19803-4542.

10.     Defendant Deborah Markwood is, upon information and belief, a U.S. citizen residing at 28 Woods Way, Wilmington, DE 19809-2474.

11.     Defendant Patrick Murphy is, upon information and belief, a U.S. citizen residing at 107 Elma Drive, Newark, DE 19711-8523.

12.     Defendant Barry Sipple is, upon information and belief, a U.S. citizen residing at 22226 Reynolds Pond Rd,  Ellendale, DE 19941.

13.     Upon information and belief, defendants Lisa Albany, Karen Bashow, Yolanda Flanigan, Robert Gilsdorf, Michael Graci, John Hupp, Artie Kempner, Marcy Kempner, Deborah Markwood, Patrick Murphy and Barry Sipple (collectively, "the ASD Board") are

members of the board of directors of the Autism Society of Delaware and have direct responsibility for the actions of the Autism Society of Delaware complained of herein.

## Jurisdiction and Venue

14.    This is an action for trademark infringement, unfair competition, and false designation of origin under federal law in violation of the Lanham Act, 15 U.S.C. §§1051-1127.

15.    This Court has original subject matter jurisdiction over federal Lanham Act claims pursuant to 15 U.S.C. §1125 and 28 U.S.C. §§1331 and 1338.

16.    Venue of this case and this proceeding is proper in this district pursuant to 28 U.S.C. §1391 because the Defendant is a non-profit corporation that does substantial business in this district using the intellectual property that is the subject of this action.

## Facts

**A.    Plaintiff Autism Society of America's Activities and Rights**

17.    The Autism Society of America exists to improve the lives of those affected by autism by increasing public awareness of autism, advocating for appropriate services for those with autism, and providing the latest information regarding treatment, education, research and advocacy. The Autism Society of America's website is one of the most visited websites on autism in the world and its quarterly journal, Autism Advocate, has a broad national readership. ASA also hosts the most comprehensive national conference on autism, attended by approximately 2000 people each year.

18.    The Autism Society of America has more than 120,000 members and supporters connected through a working network of nearly 200 chapters nationwide. The Autism Society of America works to ensure that every chapter is a successful chapter, sustained by a collaborative relationship between the national office and chapters to realize mutual benefit and

to protect the interests of both.  Through this strong chapter network, the Autism Society of America has spearheaded numerous pieces of state and local legislation, including the 2006 Combating Autism Act, the first federal autism-specific law.

19.    All chapters of the Autism Society of America have names which are in one of two forms: "Autism Society of America of X" or "Autism Society of X", where "X" would be replaced by a geographic indicator of a state or region, such as Delaware, Metro New York, or similar terms.

20.    The Autism Society of America has 339 members in Delaware.  Prior to the actions complained of herein, individuals residing in Delaware who became members of the Autism Society of America automatically became members of the Autism Society of Delaware as the local chapter of the Autism Society of America.

21.    The Autism Society of American relies heavily on public support to fund its programs and services.  Accordingly, the income derived through the goodwill of the organization's trademarks are invaluable to the organization's success.

22.    The Autism Society of America is the owner of the following trademarks registered on the Principal Register of the U.S. Patent and Trademark Office ("USPTO"): AUTISM SOCIETY OF AMERICA, Registration No. 2,094,267 dated September 9, 1997; ASA THE VOICE OF AUTISM AUTISM SOCIETY OF AMERICA & DESIGN, Registration No. 3,339,431 dated November 20, 2007; and THE VOICE OF AUTISM, Registration No. 3,396,131 dated March 11, 2008 (the "ASA Marks").  Copies of the registration certificates for the ASA Marks are attached hereto as Exhibit A.

B.    **Defendant Autism Society of Delaware**

23.    ASD was originally chartered on October 30, 1998 as the Delaware chapter of the Autism Society of America.  On information and belief, ASD has used the name and mark "Autism Society of Delaware" since it was chartered.

C.    **Assignment of Trademark Rights**

24.    ASD registered the following trademarks on the Principal Register of the USPTO:  AUTISM SOCIETY OF DELAWARE, Registration No. 3,123,398 dated August 1, 2006; AUTISM SOCIETY OF DELAWARE & DESIGN, Registration No. 3,173,563 dated November 21, 2006 and Registration No. 3,290,933 dated September 11, 2007; and AUTISM SOCIETY OF DELAWARE THE DRIVE FOR AUTISM RESEARCH CELEBRITY-AM GOLF OUTING & DESIGN, Registration No. 3,120,312 dated July 25, 2006 (the "ASD Marks").  Copies of the registration certificates are attached hereto as Exhibit B.

25.    The ASD Marks were registered without the knowledge of the Autism Society of America. Once the Autism Society of America realized that the ASD Marks were registered, the Autism Society of America requested that the Autism Society of Delaware transfer the ASD Marks to the Autism Society of America.

26.    On June 18, 2007 and upon the request of the Autism Society of America, ASD assigned all of ASD's right, title and interest, goodwill, the application and/or registrations thereof, and the right to sue for past and future infringement of the ASD Marks to the Autism Society of America. The June 2007 trademark assignment agreement ("Assignment"), provided for a separate license back to ASD for the use of the ASD Marks, however, no license agreement was ever entered into between the parties.  A copy of the Assignment is attached hereto as Exhibit C.

**D.    Trademarks at Issue**

27.    The ASA Marks and the ASD Marks and the registrations thereof are valid and subsisting.

28.    ASA Marks and the ASD Marks are highly distinctive and valuable trademarks protected under federal trademark and unfair competition laws, and represent valuable assets of the Autism Society of America.

29.    The Autism Society of America spends significant resources marketing and promoting ASA Marks throughout the United States, and the ASA Marks provide significant financial support for the organization's projects and services.  Within Delaware and the surrounding area, the ASD Marks provide support for the Autism Society of America's activities.  The goodwill associated with the ASA Marks and the ASD Marks is accomplished through considerable effort and expense.

**E.    Defendant's Infringing Activities**

30.    ASD's Bylaws adopted on October 19, 1998 provide in section 9.10 thereof that in the event of dissolution, "The Chapter shall cease using the name 'Autism Society of Delaware,' the ASA's logo, and any statement of affiliation with the ASA as of the termination date." A copy of the Bylaws of ASD is attached hereto as Exhibit D.

31.    On or about December 19, 2007, ASD's Executive Director, Theda Ellis, sent a letter to Lee Grossman, President and Chief Executive Officer of the Autism Society of America, advising that Defendant planned to terminate its affiliation with the Autism Society of America, effective March 31, 2008.  A copy of this letter is attached as Exhibit E.

32.    On or about  January 4, 2008, ASD's Executive Director, Theda Ellis sent an email blast to individuals in and out of Delaware, notifying the recipients, on information and

belief primarily members of the Autism Society of America, that Defendant planned to terminate its affiliation with the Autism Society of America, effective March 31, 2008. A notice of this decision was also placed on the Defendant's website. Copies of the email and the web site notice are attached hereto as Exhibit F.

33.    The email blast stated that the Autism Society of Delaware would "maintain [its] name and logo so there will be no substantive changes for [its] members at this time."

34.    Upon information and belief, according to its website and press releases, ASD continues to use the ASA Marks and the ASD Marks in connection with its operations even though it has terminated its affiliation with the Autism Society of America. This is in violation of the Autism Society of America's trademark rights and in contravention of Defendant's bylaws. A copy of Defendant's website posting a letter from Theda M. Ellis, Executive Director of the Autism Society of Delaware, is attached as Exhibit G. The letter posted on the website states that the Autism Society of Delaware's intent to maintain the use of its name and logo notwithstanding the termination of its affiliation with the Autism Society of America. Also attached are copies of Defendant's website posting upcoming fundraisers also using the ASA Marks and ASD Marks as Exhibit H.

35.    Upon information and belief, the decision to terminate the relationship between the Autism Society of Delaware and the Autism Society of America was made and acted upon by the ASD Board and not by the Autism Society of America members residing in Delaware.

36.     The Autism Society of America has not granted consent, either written or otherwise, to Defendant for it to operate its business, and has affirmatively advised Defendant to cease using ASA Marks and ASD Marks after March 31, 2008.

37.     Upon information and belief, the acts of infringing the ASA Marks and the ASD Marks have been and are being directed and controlled by the ASD Board in violation of their fiduciary duty to the Autism Society of Delaware.

38.     Upon information and belief, the ASD Board is separately infringing the ASA Marks and the ASD marks.

**COUNT I**

**TRADEMARK INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN AND UNFAIR COMPETITION IN VIOLATION
OF § 1125(a) OF THE LANHAM ACT**

39.     Plaintiff repeats and incorporates by reference the allegations of paragraphs 1 through 38 as if fully set forth herein.

40.     Plaintiff owns a protectable interest in the ASA Marks and ASD Marks.

41.     The use of the ASA Marks and ASD Marks by Defendants constitutes trademark infringement, false designation of origin, or false or misleading description of fact that is likely to cause confusion among relevant consumers, or to cause mistake, or to deceive as to the affiliation, connection, or association of the Autism Society of Delaware with the Autism Society of America, or as to the origin, sponsorship, or approval of the Autism Society of Delaware's goods and services in commercial activities by the Autism Society of America, in violation of Section 43(a) of the Lanham Trademark Act of 1946, as amended, 15 U.S.C. § 1125(a).

42.     By reason of Defendants' acts as alleged above, the Autism Society of America has suffered and will continue to suffer damage and injury to its business, reputation and goodwill.

43.     Unless enjoined by this Court, Defendants will continue to do the acts complained of herein and cause said damage and injury, all to the irreparable harm of the Autism Society of America.  The Autism Society of America has no adequate remedy at law.

## COUNT II

### TRADEMARK INFRINGEMENT IN VIOLATION OF § 1114(a) OF THE LANHAM ACT

44.     Plaintiff repeats and incorporates by reference the allegations of paragraphs 1 through 38 and 40 and 43 as if fully set forth herein.

45.     Defendants continue to use the ASA Marks and ASD Marks, without the consent of the Autism Society of America, in connection with their nonprofit organization and fundraising activities notwithstanding the termination of the affiliation between the Autism Society of Delaware and the Autism Society of America.

46.     Defendants' use of the ASA Marks and ASD Marks is likely to cause confusion or mistake, or to deceive the public as to the programs and services which Defendants will provide through their fundraising activities.

47.     Defendants' acts as alleged above have caused and will continue to cause the Autism Society of America to suffer damage and injury to its business, reputation, and goodwill.

## COUNT III

### UNFAIR COMPETITION IN VIOLATION
### OF DELAWARE COMMON LAW

48.    Plaintiff repeats and incorporates by reference the allegations of paragraphs 1 through 38, 40 through 43, and 45 through 47 as if fully set forth herein.

49.    Defendants continue to use the ASA Marks and ASD Marks in the State of Delaware, without the consent of the Autism Society of America, in connection with their nonprofit organization and fundraising activities notwithstanding the termination of the affiliation between the Autism Society of Delaware and the Autism Society of America.

50.    Defendants' use of the ASA Marks and ASD Marks in the State of Delaware is likely to cause confusion or mistake, or to deceive the public as to the programs and services which Defendants will provide through their fundraising activities.

51.    Defendants' acts as alleged above have caused and will continue to cause the Autism Society of America to suffer damage and injury to its business, reputation, and goodwill.

52.    Defendants' acts are in violation of Section 3315 of Title 6 of the Laws of Delaware.

## COUNT IV

### FRAUD IN VIOLATION
### OF DELAWARE LAW

53.    Plaintiff repeats and incorporates by reference the allegations of paragraphs 1 through 38, 40 through 43, 45 through 47, and 49 through 52 as if fully set forth herein.

54.    Upon information and belief, since at least as early as January 1, 2008, Defendants have solicited funds from individuals and companies inside and outside of the State of Delaware utilizing the ASA Marks and the ASD Marks, without providing any notice associated with such solicitations that Defendants were not going to be affiliated with the Autism Society of Delaware.

55.    Upon information and belief, Defendants have continued to solicit funds from individuals and companies inside and outside of the State of Delaware utilizing the ASA Marks and the ASD Marks, without providing any notice associated with such solicitations that Defendants were no longer affiliated with the Autism Society of Delaware.

56.    Upon information and belief, such individuals and companies who have provided funds to Defendants have done so in the mistaken belief that such funds would be contributed to the Autism Society of America for disbursement in accordance with Plaintiff's programs.

57.    Defendants' acts are in violation of Sections 2513 of Title 6 of the Laws of Delaware.

## COUNT V

### DECEPTIVE TRADE PRACTICES IN VIOLATION
### OF DELAWARE LAW

58.    Plaintiff repeats and incorporates by reference the allegations of paragraphs 1 through 38, 40 through 43, 45 through 47, 49 through 52, and 54 through 57 as if fully set forth herein.

59.    Defendants' acts are in violation of Sections 2532 of Title 6 of the Laws of Delaware.

WHEREFORE, the Autism Society of America demands judgment for preliminary and permanent injunction of the Autism Society of Delaware's use of the ASA TRADEMARKS, that the Autism Society of Delaware be required to change its corporate name, and for any such relief as the Court deems just and proper, including costs and attorneys' fees.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.**

Dated: May 8, 2008

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP

R. Montgomery Donaldson (#4367)
James G. McMillan, III (#3979)
Lisa Zwally Brown (#4328)
1105 Market Street, 15th Floor
Wilmington, DE 19801-1607
Telephone: (302) 504-7800

- and -

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

Michael J. Brown
Turner P. Smith
Brian C. Tong
101 Park Avenue
New York, New York 10178
Telephone: (212) 696-6000

*Counsel for the Autism Society of America, Inc.*

# EXHIBIT A

**Int. Cls.: 16 and 41**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 107 and 200**

**Reg. No. 2,094,267**

## United States Patent and Trademark Office

Registered Sep. 9, 1997

### TRADEMARK
### SERVICE MARK
### COLLECTIVE MEMBERSHIP
### PRINCIPAL REGISTER

## AUTISM SOCIETY OF AMERICA

AUTISM SOCIETY OF AMERICA, INC. (D.C. CORPORATION)
7910 WOODMONT AVENUE, SUITE 650
BETHESDA, MD 208143015

FOR: PUBLICATIONS, NAMELY, NEWSLETTERS, MANUALS, BOOKLETS, BROCHURES AND PAMPHLETS, ALL CONCERNING AUTISTIC CHILDREN AND ADULTS; MEETING REPORTS, ANNUAL REPORTS, AND MEETING PROGRAMS CONCERNING AUTISTIC CHILDREN AND ADULTS DISTRIBUTED TO PERSONS OUTSIDE THE ORGANIZATION; POSTERS, MEMORANDUM PADS, AND CARDBOARD OR PAPER COVERS FOR COLLECTION CANS SOLD SEPARATELY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12–11–1987; IN COMMERCE 12–11–1987.

FOR: EDUCATION SERVICES, NAMELY, CONDUCTING CONFERENCES CONCERNING AUTISTIC CHILDREN AND ADULTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12–11–1987; IN COMMERCE 12–11–1987.

FOR: INDICATING MEMBERSHIP IN AN ORGANIZATION WHICH IS AN ORGANIZATION OF PEOPLE INTERESTED IN AUTISM, IN CLASS 200 (U.S. CL. 200).

FIRST USE 12–11–1987; IN COMMERCE 12–11–1987.

OWNER OF U.S. REG. NO. 1,475,878.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOCIETY", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75–048,327, FILED 1–25–1996.

SOPHIA F. KIM, EXAMINING ATTORNEY

Int. Cls.: 16, 35, and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 102, and 107

Reg. No. 3,396,131

## United States Patent and Trademark Office

Registered Mar. 11, 2008

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

# THE VOICE OF AUTISM

AUTISM SOCIETY OF AMERICA, INC. (D.C. NON-PROFIT CORPORATION)
SUITE 300
7910 WOODMONT AVENUE
BETHESDA, MD 20814

FOR: PUBLICATIONS, NAMELY, NEWSLETTERS, MANUALS, BOOKLETS, BROCHURES AND PAMPHLETS, ALL CONCERNING AUTISTIC CHILDREN AND ADULTS; MEETING REPORTS, ANNUAL REPORTS, AND MEETING PROGRAMS CONCERNING AUTISTIC CHILDREN AND ADULTS DISTRIBUTED TO PERSONS OUTSIDE THE ORGANIZATION; POSTERS, MEMORANDUM PADS, AND CARDBOARD OR PAPER COVERS FOR COLLECTION CANS SOLD SEPARATELY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-2005; IN COMMERCE 9-30-2005.

FOR: PROMOTING PUBLIC AWARENESS OF AUTISM AND DEVELOPMENTAL DISABILITIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2005; IN COMMERCE 9-30-2005.

FOR: EDUCATION SERVICES, NAMELY, CONDUCTING CONFERENCES, CLASSES, SEMINARS, WORKSHOPS AND MEETINGS CONCERNING AUTISTIC CHILDREN AND ADULTS, AND CONCERNING AUTISM AWARENESS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-31-2006; IN COMMERCE 7-31-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,473,689.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTISM", APART FROM THE MARK AS SHOWN.

SN 78-779,893, FILED 12-22-2005.

BENJAMIN OKEKE, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,758,184

Registered Sep. 2, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



AUTISM SOCIETY OF AMERICA, INC. (D.C.
  CORPORATION)
7910 WOODMONT AVENUE SUITE 650
BETHESDA, MD 208143015

FOR: EDUCATION SERVICES, NAMELY, CON-
DUCTING CONFERENCES, WORKSHOPS, SEMI-
NARS, CLASSES, AND MEETINGS IN THE FIELDS
OF AUTISM AND ADVOCACY ON BEHALF OF
AUTISTIC CHILDREN AND ADULTS, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 1-0-2000; IN COMMERCE 1-0-2000.

THE MARK CONSISTS OF A RIBBON FOLDED
OVER ITSELF AND DEPICTING THE DESIGN OF A
PLURALITY OF INTERCONNECTED PUZZLE PIE-
CES.

SER. NO. 76-384,137, FILED 3-13-2002.

ANNE MADDEN, EXAMINING ATTORNEY

Int. Cls.: 16, 35, 36 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 102, 107 and 200

**United States Patent and Trademark Office**     Reg. No. 3,339,431
Registered Nov. 20, 2007

## TRADEMARK
### SERVICE MARK
### COLLECTIVE MEMBERSHIP
#### PRINCIPAL REGISTER



AUTISM SOCIETY OF AMERICA, INC. (D.C. NON-PROFIT CORPORATION)
SUITE 300
7910 WOODMONT AVENUE
BETHESDA, MD 20814

FOR: PUBLICATIONS, NAMELY, NEWSLETTERS, MANUALS, BOOKLETS, BROCHURES AND PAMPHLETS, ALL CONCERNING AUTISTIC CHILDREN AND ADULTS; MEETING REPORTS, ANNUAL REPORTS, AND MEETING PROGRAMS CONCERNING AUTISTIC CHILDREN AND ADULTS DISTRIBUTED TO PERSONS OUTSIDE THE ORGANIZATION; POSTERS, MEMORANDUM PADS, AND CARDBOARD OR PAPER COVERS FOR COLLECTION CANS SOLD SEPARATELY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-1-2005; IN COMMERCE 8-1-2005.

FOR: PROMOTING PUBLIC AWARENESS OF AUTISM AND DEVELOPMENTAL DISABILITIES , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2005; IN COMMERCE 8-1-2005.

FOR: CHARITABLE FUNDRAISING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2005; IN COMMERCE 8-1-2005.

FOR: EDUCATION SERVICES, NAMELY, CONDUCTING CONFERENCES, CLASSES, SEMINARS, WORKSHOPS AND MEETINGS CONCERNING AUTISTIC CHILDREN AND ADULTS, AND AUTISM AWARENESS; PROVIDING A WEBSITE WITH EDU-

CATIONAL INFORMATION ON AUTISM AND INFORMATION ABOUT RESOURCES AVAILABLE FOR INDIVIDUALS WITH AUTISM, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-1-2005; IN COMMERCE 8-1-2005.

FOR: INDICATING MEMBERSHIP IN AN ORGANIZATION WHICH IS AN ORGANIZATION OF PEOPLE INTERESTED IN AUTISM, IN CLASS 200 (U.S. CL. 200).

FIRST USE 8-1-2005; IN COMMERCE 8-1-2005.

OWNER OF U.S. REG. NOS. 2,094,267, 2,473,689 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTISM", APART FROM THE MARK AS SHOWN.

THE COLOR(S) RED, WHITE AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR BLUE APPEARS IN THE BACKGROUND OF THE DESIGN, RED IN THE LETTERING AND THE REST IS WHITE.

SEC. 2(F) AS TO "AUTISM SOCIETY OF AMERICA".

SER. NO. 78-779,951, FILED 12-22-2005.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cls.: 16, 35, 36 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 102 and 107

**Reg. No. 3,123,398**

## United States Patent and Trademark Office

Registered Aug. 1, 2006

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# AUTISM SOCIETY OF DELAWARE

THE AUTISM SOCIETY OF DELAWARE (DELA-WARE NON-PROFIT ORGANIZATION)
5572 KIRKWOOD HIGHWAY
WILMINGTON, DE 19808

FOR: BOOKLETS IN THE FIELD OF AUTISM; BROCHURES ABOUT AUTISM; NEWSLETTERS IN THE FIELD OF AUTISM; PAMPHLETS IN THE FIELD OF AUTISM, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: ASSOCIATION SERVICES, NAMELY, PRO-MOTING THE INTERESTS OF AUTISM AND PUB-LIC AWARENESS OF AUTISM, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: CHARITABLE FUND RAISING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, MEETINGS, AND COUR-SES IN THE FIELD OF AUTISM AND DISTRIBUT-ING COURSE MATERIALS IN CONNECTION THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOCIETY", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-684,957, FILED 8-3-2005.

KIMBERLY FRYE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**Reg. No. 3,290,933**

## United States Patent and Trademark Office

Registered Sep. 11, 2007

### TRADEMARK
### PRINCIPAL REGISTER



THE AUTISM SOCIETY OF DELAWARE (DELA-
WARE NON-PROFIT ORGANIZATION)
5572 KIRKWOOD HIGHWAY
WILMINGTON, DE 19808

FOR: BOOKLETS IN THE FIELD OF AUTISM;
BROCHURES ABOUT AUTISM; NEWSLETTERS IN
THE FIELD OF AUTISM; PAMPHLETS IN THE
FIELD OF AUTISM , IN CLASS 16 (U.S. CLS. 2, 5,
22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

OWNER OF U.S. REG. NOS. 3,120,312, 3,123,398,
AND 3,173,563.

THE MARK CONSISTS OF PUZZLE PIECE.

SEC. 2(F) AS TO "AUTISM SOCIETY OF DELA-
WARE".

SER. NO. 78-915,238, FILED 6-23-2006.

JIM RINGLE, EXAMINING ATTORNEY

Int. Cls.: 35, 36 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,173,563
Registered Nov. 21, 2006

## SERVICE MARK
## PRINCIPAL REGISTER



THE AUTISM SOCIETY OF DELAWARE (DELA-
WARE NON-PROFIT ORGANIZATION)
5572 KIRKWOOD HIGHWAY
WILMINGTON, DE 19808

FOR: ASSOCIATION SERVICES, NAMELY, PRO-
MOTING THE INTERESTS OF AUTISTIC INDIVI-
DUALS AND THEIR FAMILIES AND PROMOTING
PUBLIC AWARENESS OF AUTISM, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: CHARITABLE FUND RAISING, IN CLASS
36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: EDUCATIONAL SERVICES NAMELY CON-
DUCTING PROGRAMS IN THE FIELD OF AUTISM
AND DISTRIBUTING COURSE MATERIALS IN
CONNECTION THEREWITH, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SOCIETY", APART FROM THE
MARK AS SHOWN.

THE COLOR(S) BLUE, WHITE AND BLACK IS/
ARE CLAIMED AS A FEATURE OF THE MARK.

THE WORDING OF THE MARK IS IN BLACK
WITH WHITE OUTLINING. THE PUZZLE PIECE
DESIGN IS IN BLUE WITH BLACK SHADOWING.

SEC. 2(F) AS TO AUTISM SOCIETY OF DELA-
WARE.

SER. NO. 78-685,022, FILED 8-3-2005.

STEVEN PEREZ, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,120,312

Registered July 25, 2006

## SERVICE MARK
## PRINCIPAL REGISTER



THE AUTISM SOCIETY OF DELAWARE (DELAWARE NON-PROFIT ORGANIZATION)

5572 KIRKWOOD HIGHWAY

WILMINGTON, DE 19808

FOR: CHARITABLE FUND RAISING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-2004; IN COMMERCE 2-0-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE AUTISM SOCIETY, DELAWARE, AUTISM RESEARCH, OR CELEBRITY-AM GOLF OUTING, APART FROM THE MARK AS SHOWN.

THE APPLICANT CLAIMS COLOR AS A FEATURE OF THE MARK, NAMELY, BLUE, RED, GREEN AND BLACK.

THE COLOR BLUE APPEARS IN PUZZLE PIECES ENCIRCLED BY A BLACK OUTLINE SUGGESTING A GOLF BALL; ALSO IN BLACK ARE THE TEXT AUTISM SOCIETY OF DELAWARE, THE DRIVE FOR AUTISM RESEARCH, AND CELEBRITY-AM GOLF OUTING, AS WELL AS OUTLINES OF A GOLF TEE IN A PATCH OF GRASS. THE GOLF TEE IS COLORED IN RED AND THE GRASS IS COLORED IN GREEN

THE MARK CONSISTS OF A CIRCLE WITH BLUE PUZZLE PIECES ON TOP OF A RED TEE, WITH GREEN GRASS

SER. NO. 78-685,051, FILED 8-3-2005.

REBECCA EISINGER, EXAMINING ATTORNEY

# EXHIBIT C

## TRADEMARK ASSIGNMENT

**WHEREAS**, The Autism Society of Delaware, a Delaware non-profit organization having an office at 5572 Kirkwood Highway, Wilmington, DE 19808 ("Assignor"), has adopted, used and is using in commerce the trademark(s) identified on the attached Schedule A (the "Trademarks"); and

**WHEREAS**, The Autism Society of America, Inc., a District of Columbia not for profit corporation having an office at 7910 Woodmont Avenue, Bethesda, MD 20817 ("Assignee"), desires to acquire said Trademarks, the goodwill of the business associated therewith, and the applications and/or registrations thereof;

**NOW THEREFORE**, in consideration of and in exchange for the sum of Ten Dollars ($10.00) and other good and valuable consideration, including a license back to Assignor as separately documented, the receipt and sufficiency of which is hereby acknowledged, the assignor does hereby sell, assign, transfer and set over unto the assignee the entire right, title, and interest in and to the Trademarks in the United States of America, the goodwill of the business associated with said marks, the application and/or registrations thereof, and the right to sue for past and future infringement thereof.

This assignment is effective as of _____6|18_____, 2007.

**The Autism Society of Delaware**

Dated: June 18 , 2007

By: _Theda M Ellis_____
Name:
Title: Executive Director

**The Autism Society of America**

Dated: 7/5 , 2007

By: _Lee F_____
Name:
Title:

## SCHEDULE A

| Trademark | Serial No. | Filing Date | Reg. No. | Reg. Date |
|---|---|---|---|---|
| AUTISM SOCIETY OF DELAWARE | 78684957 | Aug. 3, 2005 | 3123398 | Aug. 1, 2006 |
| AUTISM SOCIETY OF DELAWARE & Design | 78685022 | Aug. 3, 2005 | 3173563 | Nov. 21, 2006 |
| AUTISM SOCIETY OF DELAWARE THE DRIVE FOR AUTISM RESEARCH CELEBRITY-AM GOLF OUTING & Design | 78685051 | Aug. 3, 2005 | 3120312 | July 25, 2006 |
| AUTISM SOCIETY OF DELAWARE & Design | 78/915238 | June 23, 2006 | | |

# EXHIBIT D

**BYLAWS**
**of the**
**AUTISM SOCIETY OF DELAWARE**
A Chapter of the Autism Society of America

## 1.    MEMBERSHIP ASSOCIATION

The Autism Society of Delaware (the "ASD" or the "Chapter") shall be a membership association established as the state society and local chapter for the State of Delaware of the Autism Society of America (the "ASA").

## 2.    PURPOSES

The purposes of the ASD are:

    A.    to promote and advocate for the general welfare of persons with autism;

    B.    to further the advancement of all ameliorative and preventive study, research, therapy, care, and cure of persons with autism;

    C.    to develop a better understanding of the problems of persons with autism by the public in Delaware;

    D.    to promote the education and training of persons with autism and to foster the development of integrated care on their behalf;

    E.    to promote the establishment of adequate diagnostic, therapeutic, educational, and recreational facilities for persons with autism;

    F.    to further the education and training of parents and professional personnel for training, educating, and caring for persons with autism;

    G.    to serve as a clearing house for gathering and disseminating information regarding persons with autism; and

    H.    to solicit and receive funds for the accomplishment of the above purposes.

## 3.    MEMBERSHIP

**3.1.**    *Eligibility.* Any person who is a member of the ASA and subscribes to the purposes of the ASA and ASD shall be eligible for membership in the ASD.

**3.2.**    *Admission to Membership.* Any eligible person may be admitted to membership in the ASD upon proper application and payment of the current national and, if applicable, local Chapter dues.

3.3. *Classes of Members*. There shall be four classes of members in the ASD ("Members") as follows:

    A.    Individual Member;

    B.    Husband and Wife Members;

    C.    Agency/Organization Member;

    D.    Student Member.

3.4. *Dues*. The Members shall set the dues, if any, for each class of Members. The Members shall also determine the due date and method of collection of dues. The Members may also set a subscription fee for the ASD's newsletter for nonmembers.

3.5. *Suspension of Membership*. Failure to pay dues within 45 days of the due date will result in suspension of membership.

3.6. *Revocation of Membership*. For just cause, the Members may provisionally revoke the ASD membership of a Member effective 30 days from the date of the decision. Within two days of the decision, the Secretary shall give the affected Member written notice of the decision and the reasons therefor. The affected Member may submit a written response to the Secretary. After consideration of the written response, a final decision shall be made by the Members. The affected Member's written statement shall be appended to the minutes of the meeting at which revocation is decided, a copy of which shall be submitted to the ASA national office within 30 days. The affected Member may be reinstated by the Members upon receipt of a written request for reconsideration that contains additional information.

## 4. MEETINGS OF MEMBERS

4.1. *Annual Meeting*. An annual meeting of the Members shall be held at a time and location within Delaware determined by the Executive Committee. The President shall make a report to the membership, and a financial report shall be available for inspection and discussion. Members may call for items to be placed on the agenda by advising the President or Secretary at least two weeks before the meeting. Other items may be taken up from the floor after advance agenda items have been addressed.

4.2. *Special Meetings*. Special meetings of the Members may be called by the President or a majority of the Executive Committee and must be called by the President upon written request of one fifth of the Members.

4.3. *Regular Meetings*. Regular meetings of the Members may be held at such times and places within Delaware as the Members or the Executive Committee may determine.

**4.4.** *Notice of Meetings.* Notice of the purpose, time, and place of the annual and special meetings of the Members shall be given by the Secretary to all Members. Such notice shall be provided to the Members not less than 30 days nor more than 60 days prior to the annual meeting and not less than 14 days prior to special meetings. Notice may be made by U.S. Mail or, if a Member so elects, by electronic mail or facsimile transmission.

**4.5.** *Quorum.* Except as provided in section 10.2 below, a quorum for the annual meeting and any other meeting of the Members shall consist of ten Members or one fourth of all Members, whichever is less.

**4.6.** *Voting.*

    A.    Each Member shall be eligible to vote and entitled to one vote. Members in the Husband and Wife Membership class shall each be entitled to one vote, and each shall be counted for purposes of establishing a quorum.

    B.    Except as provided in section 10.2 below, voting by proxy or by mail is not permitted; provided that a Husband or Wife, in addition to his or her own vote, may cast a vote on behalf of his or her spouse who is not present.

    C.    When a quorum is present at any meeting, a majority of the Members present and voting shall decide any question unless otherwise provided by law or these bylaws. In the absence of a quorum, a majority of the Members present may vote to adjourn a meeting.

**4.7.** *Authority.* Except where inconsistent with these bylaws or the laws of the State of Delaware, meetings of the Members shall be conducted in accordance with Robert's Rules of Order (latest revision).

**5.  OFFICERS**

**5.1.** *Number.* The Officers of the ASD shall be the President, Vice President, Secretary, and Treasurer.

**5.2.** *Election and Tenure.* The Officers shall be elected annually by the Members at their annual meeting. Each Officer shall hold office until the next annual meeting of the Members and until his or her successor is elected and qualified. Each Officer may serve no more than three consecutive terms in a single office.

**5.3.** *President.* The President shall preside at all meetings of the ASD and the Executive Committee. The President shall have general responsibility for the activities of the ASD and the powers and duties usually associated with the office of the President, and shall have such powers and perform such other duties as may be prescribed by these bylaws. The President shall be a member of all committees and shall exercise general supervision over their work in order to assure the most effective operation of the ASD. The President shall, with the advice of the members and consent of the Executive Committee, appoint the chairpersons and

members of all special and standing committees. The President shall present a progress report of the prior year's activities at the ASD's annual meeting.

5.4.   *Vice President.* The Vice President shall assist the President in the performance of his or her duties and shall assume such other duties as are assigned by the President and approved by the Members. In the absence of the President, the Vice President shall assume the duties of the President and shall preside at the meetings of the ASD and Executive Committee. If the President resigns or becomes unable to serve, the Vice President shall succeed to the office of President for the remainder of the President's term.

5.5.   *Secretary.* The Secretary shall keep an accurate record of the meetings of the Members and the Executive Committee. The Secretary shall be the custodian of all the books and records of the ASD except those specifically assigned to others. The Secretary shall maintain a current list of ASD members.

5.6.   *Treasurer.* The Treasurer, under the supervision of the President, shall have the oversight of the receipt and deposit in the name of the ASD of all revenues received by the ASD and the disbursement of funds. The Treasurer shall be responsible for the financial records of the ASD, shall chair the Finance Committee, and shall assist the President with the preparation of the annual budget.

5.7.   *Vacancies.* If an Officer other than the President dies, resigns, loses membership in the ASD, becomes physically unable to carry out the duties of the office, vacates the office, or is removed, the Members shall, within sixty days and by a majority vote, elect a person to succeed him or her for the duration of his or her term.

5.8.   *Removal.* An Officer may be removed from office with or without cause by a majority vote of the ASD Members. An Officer may be removed with cause only after reasonable notice and an opportunity to be heard.

## 6.   EXECUTIVE COMMITTEE

6.1.   *Composition.* The Executive Committee shall consist of the President, Vice President, Secretary, Treasurer, and two at-large members appointed by the Members for terms until the next annual meeting of the Members.

6.2.   *Powers.* When deemed appropriate by a majority of the members of the Executive Committee, it shall exercise any and all powers of the Members between meetings of the Members, provided that the Executive Committee may not amend these bylaws or elect Officers or at-large members of the Executive Committee. All decisions of the Executive Committee shall be promptly reported to the Members not later than their next succeeding meeting and shall be subject to approval, revision, or alteration by the Members; provided that no irrevocable rights of third parties shall be affected by such revision or alteration.

**6.3.**  *Meetings.* Meetings of the Executive Committee may be called by the President and must be called at the request of three members of the Executive Committee. Notice of every meeting shall be given to each member of the Executive Committee in writing at least seven days prior to the meeting, provided that any member may waive this notice requirement as to himself or herself. Meetings of the Executive Committee may take place by telephone conference call.

**6.4.**  *Quorum.* A majority of the Executive Committee shall constitute a quorum.

**6.5.**  *Voting.* Except as otherwise provided by these bylaws, all actions of the Executive Committee shall be taken by majority vote of the Committee members present at any meeting at which a quorum is present. In the absence of a quorum, a majority of the Committee members present may vote to adjourn a meeting.

**6.6.**  *Unanimous Consent Resolutions.* Any action required or permitted to be taken by the Executive Committee may be taken by a unanimous consent resolution, which shall be in writing and made part of the minutes.

## 7.    OTHER COMMITTEES

**7.1.**  *Standing Committees.* In addition to the Executive Committee, the standing committees of the ASD shall be the Program Committee, Finance Committee, Public Awareness Committee, Advocacy Committee, Adult Issues Committee, and Member Relations Committee.

**7.2.**  *Program Committee.* The Program Committee shall be responsible for the annual meeting, other ASD events, and awards.

**7.3.**  *Finance Committee.* The Finance Committee, chaired by the Treasurer, shall be responsible for matters concerning the business of the ASD, including payroll practices, budget and finance, fundraising, property, insurance, taxes, purchasing, investments, money management, and audits.

**7.4.**  *Public Awareness Committee.* The Public Awareness Committee shall be responsible for the ASD newsletter, publications, and other means of increasing public awareness of autism and the problems of persons with autism.

**7.5.**  *Advocacy Committee.* The Advocacy Committee shall be responsible for government affairs and relations.

**7.6.**  *Adult Issues Committee.* The Adult Issues Committee shall focus its efforts on the particular problems and issues of adults with autism.

**7.7.**  *Member Relations Committee.* The Member Relations Committee shall be responsible for recruiting, services to Members, and Member affairs.

**7.8.**  *Special Committees.* The President, with approval of the Executive Committee or the Members, may from time to time appoint special committees.

**8.    NOMINATIONS**

**8.1.**    The Executive Committee shall nominate for election at the next annual meeting of the Members one person to fill the position of each Officer and at-large member of the Executive Committee. Nominations may also be made from the floor by any Member.

**8.2.**    Candidates must be members of the ASA and ASD at the time of election and must agree to serve if elected.

**9.    CHAPTER OPERATIONS**

**9.1.**    *Appointment of Employees.* The Members, bearing in mind the activities and the financial resources of the ASD and whenever in their judgment such action is desirable to promote the achievement of the purposes of the ASD as set forth in these bylaws, may authorize appointment or employment of persons to carry out designated duties for the ASD on a compensated basis.

**9.2.**    *Compensation of Officers and At-Large Executive Committee Members.* Officers and at-large members of the Executive Committee shall not receive any salary or other compensation for their services in said capacities. An Officer or at-large member of the Executive Committee may, however, receive compensation for services performed in another capacity if such compensation is approved by the Members.

**9.3.**    *Acts of the Chapter.* No person shall act in the name of the ASD except as authorized in these bylaws or by the Executive Committee, the President, or vote of the Members. No person shall, without the approval of the President or the Executive Committee, send any letter, notice, or other written communication in the name of the ASD to the Members or to any other person including an association, government agency, or public official regarding policy matters of the ASD.

**9.4.**    *Fiscal Year.* The fiscal year of the ASD shall commence the first day of January of each year and end on the thirty-first day of December of the same year.

**9.5.**    *No Direct Services.* The ASD shall not provide direct services to the Members or persons with autism.

**9.6.**    *Other Organizations.* The ASD shall not become a chartered chapter of an organization other than the ASA.

**9.7.**    *Bank Account.* The ASD shall maintain a bank account.

**9.8.**    *Taxpayer I.D. Number.* The ASD shall obtain a taxpayer identification number from the U.S. Internal Revenue Service.

**9.9.**    *Financial Report.* The ASD shall submit an annual financial report form to the ASA in the form requested by the ASA.

**9.10.** *Dissolution.* In the event that membership in the ASD falls below ten members or the ASD fails to submit an annual financial report to the ASA, the ASD will be subject to loss of chapter status in the ASA. The Chapter shall cease using the name "Autism Society of Delaware," the ASA's logo, and any statement of affiliation with the ASA as of the termination date.

## 10.    AMENDMENTS

**10.1.** *Requirements.* A proposal to alter, amend, or repeal these bylaws may be made (A) by the Executive Committee through a majority vote, or (B) by one fifth of the Members in a writing addressed to the Executive Committee. Any such proposal shall be transmitted to the Secretary, who shall send written notice thereof to all Members.

**10.2.** *Quorum.* A quorum for the purpose of altering, amending, repealing, or adopting bylaws of the ASD shall consist of one half of the Members. If such quorum is not present at two consecutive meetings of the ASD called to consider altering, amending, repealing, or adopting bylaws of the ASD, the Executive Committee may provide for voting on said question or questions by proxy.

## 11.    DISSOLUTION

In the event of the dissolution of the ASD by the surrender or forfeiture of the charter or otherwise, no distribution of assets shall be made to any Officer, Member, employee, or any person or individual. All property owned, managed, or operated by the ASD is irrevocably dedicated to charitable purposes to achieve the purposes of the ASD as defined in these bylaws. Upon the dissolution of this ASD, such property shall not inure to the benefit of any private person but shall go to a nonprofit fund, foundation, association, or corporation organized and operated to promote the general welfare of people with autism.

Adopted by the Members of the Autism Society of Delaware on 19 October 1998.

_____
President

_____
Secretary

# EXHIBIT E

www.delautism.org
delautism@delautism.org
(302) 472-2638 (T)
(302) 472-2640 (F)

Theda Ellis, Executive Director



12/19/2007 *The Voice of Autism in Delaware*

Lee Grossman
President and CEO
Autism Society of America
7910 Woodmont Ave, Suite 300
Bethesda, MD 20814-3067

Dear Lee:

The board of the Autism Society of Delaware has decided to end its formal relationship as an affiliated chapter of the Autism Society of America, effective March 31, 2008. With so many capable national autism organizations on the scene today, we feel it is important to maintain our independence so that we can join efforts with various national organizations on specific topics and issues.

We recognize that ASD has benefited greatly from our association with ASA, particularly from the many personal relationships we have made. Those relationships are important to us and we plan to maintain them as we work on common goals related to autism spectrum disorders.

Sincerely,

Robert J. Giddon
President

cc: Board of Directors

5572 Kirkwood Highway ◆ Wilmington ▪ Delaware ▪ 19808

# EXHIBIT F

To The Membership

The Board of Directors of the Autism Society of Delaware voted in December to end our affiliation with the Autism Society of America, effective March 31, 2008. We have notified ASA of that decision.

The primary reason for this decision is that ASD wants to be able to ally itself with various national autism organizations on different issues and we feel we can best do that as a free-standing organization that is not identified with just one national organization. This means we will continue to support ASA initiatives and stands, but we may also support other organization's initiatives and stands as well. We are not considering becoming an affiliate of any other national organization at the present time.

ASD is a 501(c) (3) non-profit organization. We will maintain our name and logo so there will be no substantive changes for our members at this time. Those of you who are members have actually joined the Autism Society of America. Membership in ASD has been a "bonus" to that membership with no separate dues. That will remain the same through March 31, 2008. We are currently looking at potential membership guidelines and will make announcements prior to the March date. We will also honor all memberships made over the past 12 months to ASA and advise you as we always have about renewal.

We are also in the process of revising our bylaws and asking members to vote on those revisions in January and February. They will be posted on our web site soon, and you can find a brief summary in the January edition of The Sun. It has not yet been mailed, but it is online.

Please feel free to send any questions my way, and to maintain your membership in ASA as well as ASD and other autism organizations.

Theda M. Ellis, MBA, M.Ed.
Executive Director
Autism Society of Delaware
The Voice of Autism in Delaware
5572 Kirkwood Highway
Wilmington, DE 19808
(302) 472-2638
(302) 472-2640 fax



# The Voice of Autism in Delaware

*Celebrating 10 Years of Service to the Autism Community*
*1998-2008*

January 16, 2008

Dear Member of the Autism Society of Delaware,

We, the Board of Directors of the Autism Society of Delaware, recently voted to end our formal relationship with the Autism Society of America. We have done substantial work to establish ourselves as an independent, separately incorporated organization in order to give us the greatest flexibility in serving the autism community here in Delaware. **While all our members are still free to maintain their membership with the Autism Society of America, we will no longer require such membership in order to join the Autism Society of Delaware. Other than that, nothing has changed.** We are still the largest membership-based autism advocacy organization in Delaware, and in fact are stronger and better able to meet the needs of our community than ever. **Establishing POW&R, our adult service agency, is just one example of how we are moving forward and breaking new ground in improving the lives of people with autism every day.**In addition we are:

·   expanding services for families affected by Asperger's through social skills training, teen/tween groups, and parent mentoring
·   providing grants to local as well as national organizations to support autism-related research and services
·   mentoring the growing number of Delaware parents of children with autism
·   working with other organizations to raise awareness of the impact of public policy on people with autism and other disabilities
·   continuing to host and increase family social events
·   keeping the autism community connected and updated through *The Sun*, our website, and listserve (e-group)

Please do not hesitate to call our office - 302-472-2638 - or visit our website - www.delautism.org - if you have any questions or concerns. But know that we have never been more committed to keeping the first state FIRST when it comes to our loved ones with autism.

Best Regards,
Autism Society of Delaware Board of Directors

# EXHIBIT G

What are Autism Spectrum Disorde

http://www.delautism.org/bylaws.htm



# ASD BYLAWS

To The Membership

The Board of Directors of the Autism Society of Delaware voted in December to end our affiliation with the Autism Society of America, effective March 31, 2008. We have notified ASA of that decision.

The primary reason for this decision is that ASD wants to be able to ally itself with various national autism organizations on different issues and we feel we can best do that as a free-standing organization that is not identified with just one national organization. This means we will continue to support ASA initiatives and stands, but we may also support other organization's initiatives and stands as well. We are not considering becoming an affiliate of any other national organization at the present time.

ASD is a 501(c) (3) non-profit organization. We will maintain our name and logo so there will be no substantive changes for our members at this time. Those of you who are members have actually joined the Autism Society of America. Membership in ASD has been a "bonus" to that membership with no separate dues. That will remain the same through March 31, 2008. We are currently looking at potential membership guidelines and will make announcements prior to the March date. We will also honor all memberships made over the past 12 months to ASA and advise you as we always have about renewal.

We are also in the process of revising our bylaws and asking members to vote on those revisions in January and February. You can find a brief summary in the January edition of *The Sun.* It has not yet been mailed, but it is online.

Please feel free to send any questions my way, and to maintain your membership in ASA as well as ASD and other autism organizations.

Theda M. Ellis, MBA, M.Ed.
Executive Director
Autism Society of Delaware
The Voice of Autism in Delaware
5572 Kirkwood Highway
Wilmington, DE 19808
(302) 472-2638
(302) 472-2640 fax

# EXHIBIT H

Autism_Society_of_Delaware                                    http://www.delautism.org/



# The Voice of Autism in Delaw

*Celebrating 10 Years of Service to the Autism Com*
*1998-2008*

What is Autism?    ASD Calendar    Resources    You Can Help    About ASD    Contact Us    EGroup
Asperger's

---

## Donate to ASD

### *The Autism Society of Delaware*

We are family members and friends of people with autism, and professionals who work in the autism field.

*Our Mission* is to improve the lives of people with autism and their families.

We will educate, advocate and raise public awareness in order to promote lifelong opportunity and acceptance for people with autism in their communities.

We serve the entire State of Delaware.

🔹 *The United Way of Delaware Designation Number* 9234. Southeastern PA Designation Number 12598.
*ASD is a Non-Profit 501(c)(3) Organization*

© 1998 - 2008 The *Autism Society of Delaware*.
All Rights Reserved. This web site is a service provided by the *Autism Society of Delaware*.
Site last updated on: 05/05/08

Web space and hosting donated by JLK Consulting

Counter Reset: 05/02/08
3 4 5

---

## Announcements for May 2008

🔹**Summer Recreational Resources** -UPDATED
🔹**Summer 2008 Newsletter** - NEW
🔹**ASD Community Bulletin Board**
🔹**Message from the ASD Board of Directors**
  (ASD releases formal relationship with ASA)
🔹**Message from our new President - Rob Gilsdorf**
🔹**ASD Bylaw Changes for 2008**
🔹**Media/Press Releases**
🔹**POW&R -Services for Adults with Autism**



POW&R
Productive Opportunities for Work & Recreation

In 1995 the prevalance of autism was 1 in every 2,500 births

# Today, it is

# 1 in 150

---

## Upcoming Events

🔹**Sports Fitness Club** - Sorry, fully booked.
🔹**ASD Day with the Wilmington Blue Rocks**
🔹**Parent Coffee Hour**
🔹**Parent Training Seminar**
🔹**Skill Streaming Workshop - Social Skills**
🔹**Walk the High Road for Autism 2008** THANK YOU!
🔹**The Drive for Autism 2008**



Presented by:
*Michelob*
ULTRA.

the_drive

http://www.delautism.org/the_drive.htm

Presented by:




# Get Involved Today, Space Is Limited!



Celebrity-Am Golf Outing

Dupont Country Club · May 29, 2008

| What is Autism? | About ASD | ASD Calendar | You Can Help! | Contact Us | ASD Home Page |

Sponsored by:



## 2008 Sponsorship Opportunities

| Media/Sponsor Kit | Registration Form | Driving Directions | Lodging Accomodations |

## 2007 Photos & Sponsor

| 2007 Photos | 2007 Sponsors |

## 2006 & 2007 NASCAR on Fox Videos

| Watch the 2007 Fox NASCAR Video on Golf Outing | Watch the 2006 Fox NASCAR Video on Golf Outing |



## The Drive for Autism 2008 Fundraising Goal

**Contacts:**

🖑Artie Kempner
Coordinating Director,
NFL/NASCAR Fox Sports
Chair for The Drive:
302-983-6621 (cell)
Artie.Kempner@fox.com

🖑Cheryl Frampton
Event Coordinator for The Drive:
(302)472-2638, ext. 203
(302) 472-2640 (fax)
cheryl.frampton@delautism.org



$600,

$550,000

$525,000

$500,000

$475,000

$450,000

$425,000

$400,000

$375,000

$350,000

$325,000

$300,000

$275,000

A letter from Artie....

we're gearing up for the 7th Annual Drive for Autism Celebrity-Am Golf Outing! This year the event will be held on Thursday, May 29th and we'll once again be teeing it up at the world-class DuPont Country Club.

Last year we raised over $500,000, and we thank you all so much for your support! We've been

the drive                                                    http://www.delautism.org/the_drive.htm



$250,000
$225,000
$200,000
$150,000
$125,000
$100,000
$75,000

putting that money to great use over the last six months. The Autism Society is now a certified state service provider, and our new POW&R (Productive Opportunities for Work & Recreation) program is slated to serve 10 people in its first year! We granted $250,000 overall to groups that include Autism Speaks, the Organization for Autism Research, the Parent Information Center and Practice Without Pressure. These are all organizations that serve the Autism Community both nationally and here in Delaware.

I'm asking all of you to sign up early and reserve your spots now. Last year we had 50 teams and a celebrity contingent that included Jon Runyan, Donovan McNabb, David Akers, Matt Kenseth, Darrell Waltrip, Elliot Sadler, Kyle Petty, the Fox and ESPN NASCAR broadcast teams and many other NASCAR and NFL stars. For the 2008 event Troy Aikman, NASCAR 2-time champion Jimmie Johnson, Tony Stewart and Moose Johnston are slated to play.

We need to find the cause of autism and help to provide a future for our loved ones and YOUR generosity will help us make a difference!

All the BEST,







6991

© 1999 - 2008 The *Autism Society of Delaware*.
All Rights Reserved. This web site is a service provided by the *Autism Society of Delaware*.
Site last updated on: 05/05/08

Artie Kempner
Event Chair
The Drive for Autism Celebrity-Am Golf Outing
Lead Director NFL/NASCAR on Fox

# ASD Day at the BLUE ROCKS



## May 10, 2008

Wilmington Blue Rocks VS. Myrtle Beach Pelicans
Game Time: 6:05 p.m.
3rd Base Picnic Area
(This area will be blocked off for ASD only!)
Tickets: $15.00 per person

**Includes: Tickets to the Game, Picnic Dinner (Hot dogs, Hamburgers, BBQ Chicken, Sides, Ice cream and Drinks)**

**Picnic will be served from 4:45 p.m. to 6:30 p.m. so get there early!**

**The enclosed picnic area, at third base, offers a great space for kids to move around freely while staying safe, plus it's close enough to make you feel like you are part of the action.**

**Tickets are limited – this has always been a very popular event...
Reserve your tickets by contacting
Margie Rowles at the Autism Society of Delaware
302-472-2638 x 201 or margie.rowles@delautism.org
(Cash, Check or Charge)**

**(Tickets will be mailed beginning April 28th)**



**Autism Society of Delaware
5572 Kirkwood Highway
Wilmington, DE 19808
302-472-2638
Email: delautism@delautism.org
www.delautism.org**

 # SPORTS FITNESS CLUB 

Available to children ages 9 - 19 years old with high functioning Autism /
Aspergers and their siblings, ages 9 - 19 years old

A free program sponsored by the University of Delaware,
Health, Nutrition & Exercise Sciences

**Five classes**
April 17th, 24th, May 1st, 15th, & 22nd

6:45 - 8:00 p.m.

Carpenter Sports Building
26 North College Ave., Newark, DE

Our goal is to:

Improve individual's physical fitness
(i.e., aerobic and muscular fitness and flexibility)

Improve individual's sports skills
(such as basketball dribbling, soccer kicking, bowling etc.)

To register, contact Heidi Mizell at ASD at 302-472-2638 or
Heidi.Mizell@delautism.org

Questions about the program, contact Dr. Iva Obrusnikova
at University of Delaware at 302-831-8032



JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Autism Society of America, Inc.

## DEFENDANTS

Autism Society of Delaware, Lisa Albany, Karen Bashow, Yolanda Flanigan, Robert Gilsdorf, Michael Graci, John Hupp⊞

**(b)** County of Residence of First Listed Plaintiff   New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   New Castle
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

R. Montgomery Donaldson, Montgomery McCracken Walker &
Rhoades, 1105 N. Market Street,15th Floor, Wilmington, DE ⊞

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §§ 1051-1127

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE

DOCKET NUMBER

DATE
05/08/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

_____
(Date forms issued)

X _____
(Signature of Party or their Representative)

X _____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action