✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following ☐ Patents or  X Trademarks:

| DOCKET NO.<br>08cv273 | DATE FILED<br>5/8/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Autism Society of America, Inc. | | DEFENDANT<br><br>Autism Society of Delaware, Lisa Albany, Karen Bashow, Yolanda Flanigan, Robert Gilsdorf, Michael Graci, John Hupp, Artie Kempner, Marcy Kampner, Deborah Markwood, Patrick Murphy and Barry Sipple |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,094,267 | 9/9/97 | Autism Society of America, Inc. |
| 2 | 3,396,131 | 3/11/08 | Autism Society of America, Inc. |
| 3 | 2,758,184 | 9/2/03 | Autism Society of America, Inc. |
| 4 | 3,339,431 | 11/20/07 | Autism Society of America, Inc. |
| 5 | 3,123,398 | 8/1/06 | Autism Society of Delaware |
|   | 3,290,933 | 9/11/07 | Autism Society of Delaware |
|   | 3,173,563 | 11/21/06 | Autism Society of Delaware |
|   | 3,120,312 | 7/25/06 | Autism Society of Delaware |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

AO 120 (Rev. 3/04)

| PETER T. DALLEO, CLERK OF COURT | | 5/8/08 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**