# MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

**RICHARD MONTGOMERY DONALDSON**
Admitted in Delaware, Pennsylvania & New Jersey

1105 North Market St., Suite 1500
Wilmington, DE 19801-1201
302-504-7800
Fax 302-504-7820

Direct Dial
302-504-7840

rdonaldson@mmwr.com

May 9, 2008

**By CM/ECF**

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   Autism Society of America, Inc. v. Autism Society of Delaware, et al.
      C.A. No. 08-cv-273

Dear Dr. Dalleo:

I represent the Plaintiff in the action referenced above, and write to correct the Report on the Filing or Determination of an Action Regarding a Patent or Trademark (the "Report," a copy of which is enclosed) filed by the Clerk's Office at D.I. #3. The Report erroneously identifies "Autism Society of Delaware" as the holder of trademark nos. 3,123,398; 3,290,933; 3,173,563; and 3,120,312. This is incorrect. The Autism Society of America, Inc. is the current owner of all of the registrations identified in the Report, including 3,123,398; 3,290,933; 3,173,563; and 3,120,312. In this regard, I also enclose a copy of the pertinent Notice of Recordation of Assignment from the United States Patent and Trademark Office.

Thank you for your assistance with this matter. Needless to say, I am at your disposal if there is any further information I can provide.

Respectfully yours,

R. Montgomery Donaldson

RMD:raz
Encls.

♦ PHILADELPHIA, PA   ♦ CHERRY HILL, NJ   ♦ WILMINGTON, DE   ♦ BERWYN, PA   ♦ WEST CHESTER, PA ♦

✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following ☐ Patents or  X Trademarks:

| DOCKET NO.<br>08cv273 | DATE FILED<br>5/8/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE | |
|---|---|---|---|
| PLAINTIFF<br><br>Autism Society of America, Inc. | | DEFENDANT<br><br>Autism Society of Delaware, Lisa Albany, Karen Bashow, Yolanda Flanigan, Robert Gilsdorf, Michael Graci, John Hupp, Artie Kempner, Marcy Kampner, Deborah Markwood, Patrick Murphy and Barry Sipple | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 2,094,267 | 9/9/97 | Autism Society of America, Inc. |
| 2 | 3,396,131 | 3/11/08 | Autism Society of America, Inc. |
| 3 | 2,758,184 | 9/2/03 | Autism Society of America, Inc. |
| 4 | 3,339,431 | 11/20/07 | Autism Society of America, Inc. |
| 5 | 3,123,398 | 8/1/06 | Autism Society of Delaware |
| | 3,290,933 | 9/11/07 | Autism Society of Delaware |
| | 3,173,563 | 11/21/06 | Autism Society of Delaware |
| | 3,120,312 | 7/25/06 | Autism Society of Delaware |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

AO 120 (Rev. 3/04)

| | | |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 5/8/08 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JULY 06, 2007

PTAS
MICHAEL J. BROWN/ CURTIS, MALLET-PREVOST
101 PARK AVENUE
34TH FLOOR
NEW YORK, NY 10178-0061

*900081216A*
*900081216A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 07/06/2007         REEL/FRAME: 003575/0801
                                     NUMBER OF PAGES: 4

BRIEF: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
DOCKET NUMBER: 060593-0697 ASD ASA

ASSIGNOR:
    THE AUTISM SOCIETY OF DELAWARE         DOC DATE: 06/18/2007
                                           CITIZENSHIP: DELAWARE
                                           ENTITY: NON-PROFIT ORGANIZATION

ASSIGNEE:
    AUTISM SOCIETY OF AMERICA, INC.        CITIZENSHIP: D.C.
    7910 WOODMONT AVENUE                   ENTITY: NOT FOR PROFIT CORPORATION
    SUITE 300
    BETHESDA, MARYLAND 20814

APPLICATION NUMBER: 78915238               FILING DATE: 06/23/2006
REGISTRATION NUMBER:                       ISSUE DATE:

MARK: AUTISM SOCIETY OF DELAWARE

003575/0801 PAGE 2

APPLICATION NUMBER: 78684957  FILING DATE: 08/03/2005
REGISTRATION NUMBER: 3123398  ISSUE DATE: 08/01/2006

MARK: AUTISM SOCIETY OF DELAWARE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

APPLICATION NUMBER: 78685022  FILING DATE: 08/03/2005
REGISTRATION NUMBER: 3173563  ISSUE DATE: 11/21/2006

MARK: AUTISM SOCIETY OF DELAWARE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 78685051  FILING DATE: 08/03/2005
REGISTRATION NUMBER: 3120312  ISSUE DATE: 07/25/2006

MARK: AUTISM SOCIETY OF DELAWARE THE DRIVE FOR
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN


ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

# TRADEMARK ASSIGNMENT

Electronic Version v1.1  
Stylesheet Version v1.1

07/06/2007  
900081216

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| The Autism Society of Delaware | | 06/18/2007 | Non-profit organization: DELAWARE |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Autism Society of America, Inc. |
| Street Address: | 7910 Woodmont Avenue |
| Internal Address: | Suite 300 |
| City: | Bethesda |
| State/Country: | MARYLAND |
| Postal Code: | 20814 |
| Entity Type: | Not for profit corporation: DISTRICT OF COLUMBIA |

**PROPERTY NUMBERS Total: 4**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3123398 | AUTISM SOCIETY OF DELAWARE |
| Registration Number: | 3173563 | AUTISM SOCIETY OF DELAWARE |
| Registration Number: | 3120312 | AUTISM SOCIETY OF DELAWARE THE DRIVE FOR AUTISM RESEARCH CELEBRITY-AM GOLF OUTING |
| Serial Number: | 78915238 | AUTISM SOCIETY OF DELAWARE |

**CORRESPONDENCE DATA**

Fax Number: (212)697-1559  
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*  
Phone: 2126966000  
Email: trademark@cm-p.com  
Correspondent Name: Michael J. Brown/ Curtis, Mallet-Prevost  
Address Line 1: 101 Park Avenue  
Address Line 2: 34th Floor  
Address Line 4: New York, NEW YORK 10178-0061

| ATTORNEY DOCKET NUMBER: | 060593-0697 ASD ASA |
|---|---|
| NAME OF SUBMITTER: | Michael J. Brown |
| Signature: | /MichaelJBrown/ |
| Date: | 07/06/2007 |
| Total Attachments: 2<br>source=ASD - ASA assignment#page1.tif<br>source=ASD - ASA assignment#page2.tif | |