**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AUTISM SOCIETY OF AMERICA, INC., | :: | |
| | :: | |
| Plaintiff | :: | |
| | :: | |
| v. | :: | |
| | :: | |
| AUTISM SOCIETY OF DELAWARE, | :: | Case No. 08-CV-273 (JJF) |
| Lisa Albany, Karen Bashow, Yolanda | :: | |
| Flanigan, Robert Gilsdorf, Michael Graci, | :: | |
| John Hupp, Artie Kempner, Marcy | :: | |
| Kempner, Deborah Markwood, Patrick | :: | |
| Murphy and Barry Sipple | :: | |
| | :: | |
| Defendants | :: | |

**STIPULATION REGARDING SERVICE OF PROCESS AND ANSWER**

WHEREAS, on May 8, 2008, Plaintiff Autism Society of America filed its Complaint in this action;

WHEREAS, pursuant to Federal Rule of Civil Procedure 4, parties subject to service of process have a duty to avoid unnecessary expenses of serving a summons;

WHEREAS, on May 23, 2008, counsel for all defendants agreed to accept service on behalf of all defendants; and

WHEREAS, on May 23, 2008, counsel for Plaintiff served copies of the Complaint and all exhibits thereto on counsel for all defendants;

IT IS STIPULATED AND AGREED, by and between counsel for the parties, that:

1) Service of process was effected on all defendants, through their counsel, on May 23, 2008;

-2-

    2) Service of summons is waived as to all defendants.

| | |
|---|---|
| MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP | COZEN O'CONNOR |
| /s/ James G. McMillan, III | /s/ Sean J. Bellew |
| R. Montgomery Donaldson (#4367) | Sean J. Bellew (#4816) |
| James G. McMillan, III (#3979) | Chase Manhattan Centre |
| 1105 Market Street, 15th Floor | 1201 N. Market Street, Suite 1400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: June 9, 2008