IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTISM SOCIETY OF AMERICA, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>AUTISM SOCIETY OF DELAWARE,<br>Lisa Albany, Karen Bashow, Yolanda<br>Flanigan, Robert Gilsdorf, Michael Graci,<br>John Hupp, Artie Kempner, Marcy Kempner,<br>Deborah Markwood, Patrick Murphy and<br>Barry Sipple,<br><br>                    Defendants. | C.A. No. 08-273-JJF |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendants Autism Society of Delaware, Lisa Albany, Karen Bashow, Yolanda Flanigan, Robert Gilsdorf, Michael Graci, John Hupp, Artie Kempner, Marcy Kempner, Deborah Markwood, Patrick Murphy and Barry Sipple.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendants*

July 1, 2008
2385599

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on July 1, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>R. Montgomery Donaldson, Esquire
>James G. McMillan, III, Esquire
>MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
>
>Sean J. Bellew, Esquire
>COZEN O'CONNOR

I also certify that copies were caused to be served on July 1, 2008, upon the following in the manner indicated:

### BY EMAIL

>R. Montgomery Donaldson, Esquire
>James G. McMillan, III, Esquire
>MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
>1105 Market Street, 15th Floor
>Wilmington, DE 19801
>(302) 504-7840
>rdonaldson@mmwr.com
>jmcmillan@mmwr.com
>
>Sean J. Bellew, Esquire
>COZEN O'CONNOR
>1201 N. Market Street, Suite 1400
>Wilmington, DE 19801
>(302) 295-2000
>sbellew@cozen.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>rsmith@mnat.com
>    Attorneys for Defendants