IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTISM SOCIETY OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTISM SOCIETY OF DELAWARE, Lisa Albany, Karen Bashow, Yolanda Flanigan, Robert Gilsdorf, Michael Graci, John Hupp, Artie Kempner, Marcy Kempner, Deborah Markwood, Patrick Murphy and Barry Sipple, <br><br> Defendants. | C.A. No. 08-273-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendants to move, answer or otherwise plead in response to the Amended Complaint (D.I. 6) is extended until July 25, 2008.

| | |
|---|---|
| MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ James G. McMillan, III* | */s/ Rodger D. Smith II* |
| R. Montgomery Donaldson (#4367) <br> James G. McMillan, III (#3979) <br> 1105 Market Street, 15th Floor <br> Wilmington, DE 19801 <br> (302) 504-7840 <br> rdonaldson@mmwr.com <br> jmcmillan@mmwr.com <br>   *Attorneys for Plaintiff* | Rodger D. Smith II (#3778) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> rsmith@mnat.com <br>   *Attorneys for Defendants* |

SO ORDERED this ___ day of _____ 2008.

_____
United States District Court Judge

2359684