UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTISM SOCIETY OF AMERICA, INC., : <br> : <br> Plaintiff : <br> : <br> : <br> v. : <br> : <br> AUTISM SOCIETY OF DELAWARE, : <br> Lisa Albany, Karen Bashow, Yolanda : <br> Flanigan, Robert Gilsdorf, Michael Graci, : <br> John Hupp, Artie Kempner, Marcy : <br> Kempner, Deborah Markwood, Patrick : <br> Murphy and Barry Sipple : <br> : <br> Defendants : | Case No. 08-CV-273 (JJF) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff Autism Society of America, Inc. hereby dismisses its claims against defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP

/s/ R. Montgomery Donaldson
R. Montgomery Donaldson (#4367)
James G. McMillan, III (#3979)
1105 Market Street, 15th Floor
Wilmington, DE  19801
(302) 504-7840
rdonaldson@mmwr.com
jmcmillan@mmwr.com
*Attorneys for Plaintiff*

August 8, 2008